# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KEEWES SERVICE CO., INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:15-cv-09252-JWL-GLR |
| BOARD OF TRUSTEES OF INDEPENDENCE COMMUNITY COLLEGE, | ) ) ) ) |
| Defendant. | ) |

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

Plaintiff KeeWes Service Co., Inc. and Defendant Board of Trustees of Independence Community College hereby stipulate to the dismissal of this action without prejudice to the refiling thereof. This stipulation is made in compromise of the claims asserted by KeeWes, and each party agrees to bear its own costs and attorney fees incurred in this action.

*Respectfully submitted,*

/s/ Kathryn G. Lee
Kathryn G. Lee      #21954
**SPENCER FANE LLP**
9401 Indian Creek Pkwy, Ste. 700
Overland Park, Kansas 66210
Telephone: 913-327-5139
Facsimile: 913-345-0736
klee@spencerfane.com
*Attorneys for KeeWes Service Co., Inc.*

/s/ Justice B. King
Justice B. King      #09009
**FISHER, PATTERSON, SAYLER & SMITH, L.L.P.**
3550 S.W. 5th Street
Topeka, Kansas 66606
Telephone: 785-232-7761
Facsimile: 785-232-6604
jking@fisherpatterson.com
*Attorneys for Board of Trustees of Independence Community College*

WA 7598348.2