# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **KEEWES SERVICE CO., INC.,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **BOARD OF TRUSTEES OF** ) <br> **INDEPENDENCE COMMUNITY** ) <br> **COLLEGE,** ) <br> ) <br> **Defendant.** ) | **CIVIL ACTION** <br><br> **No. 15-9252-JWL-GLR** |

## ORDER OF DISMISSAL

Pursuant to the Stipulation for Dismissal Without Prejudice (doc. 13) filed by the parties, IT IS ORDERED that this action is dismissed without prejudice to the refiling thereof and each party shall bear its own costs and attorney fees incurred in this action.

**IT IS SO ORDERED.**

**Dated this 13th day of January, 2016 at Kansas City, Kansas.**

 s/ John W. Lungstrum
 JOHN W. LUNGSTRUM
 UNITED STATES DISTRICT JUDGE